(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

FILED
RICHARD W. NAGEL
CLERK OF COURT

2023 NOV -3 PM 3:47

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

**2:23 CV 3706**

**Plaintiff(s)**

James Germalic

**Case No.**

JUDGE MARBLEY

MAGISTRATE JUDGE JOLSON

vs.

**Defendants(s)**

Frank LaRose
Ohio Sec of State

## APPLICATION/ MOTION TO PROCEED
## WITHOUT PREPAYMENT OF FEES
## (IN FORMA PAUPERIS)
## AND AFFIDAVIT IN SUPPORT THEREOF

**Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.**

I. Are you employed?   Yes____   No ✓
   A. If you answered "Yes":
     (1) What is the name and address of your employer
_____
_____
     (2) How much do you earn per month? 694.00 This is Social Security. I am 80 years old

   B. If you answered "No"
     (1) Have you ever been employed?   Yes ✓   No____
     If yes, what was the last year and month you were employed? I am 80 years old. It's probably been over 20 years pre.
     How much did you earn a month? I have been working voluntarily for me had for decades. I will help in her house and donating from a support group of about 5 people. Must have put any.

II. What is your marital status?
   Single ✓   Married____   Widowed____   Divorced____
   A. If you answered "Married":
     (1) Is your spouse employed?  Yes____   No____
     If yes, how much does your spouse earn each month?
     $_____

III. Do you have any dependents?   Yes____   No ✓
   If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| **Name** | **Relationship** | **Amount** |
|---|---|---|
| | | |
| | | |
| | | |

IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?   Yes____   No ✓
   A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| **Source** | **Amount** | **Source** | **Amount** |
|---|---|---|---|
| | $ | Social security | $ |
| | $ | don't know if it is | $ |
| | $ | retirement benefit | $ |
| | | which I receive is my | |
| | | J compensation. This is from | |
| | | my quest at my my com | |
| | | at NCVV | |

V. Do you have any cash on hand or money in a savings, checking, or other account?
   Yes ✓     No ____

   A. If you answered "Yes", state the combined total amount:
      $ 112.00 in the bank.  Cash on hand 80.00 total approx. $200.00.

VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?
    Yes ✓     No ____
    A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
| A House Abungelo | $ 127,000 | | $ |
| | $ | | $ |
| Automobile 2,001 | $ | | $ |
| Solar Panel Sun Ev | $ | | $ |

1 1/2 years Deed it to state food given from a food bank
home - perishable food.

VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| Sewer | $ 138.00 | | $ |
| Water | $ 12.00 | | $ |
| | $ | | $ |
| | $ | | $ |

VIII. State your address and telephone number where the Court can reach you.
      5615 Alber Ave. Parma, Ohio     440-452-8780

I declare under penalty of perjury that the above information is true and correct.

Nov 3, 2023                    James Dernnal
    Date                       Signature of Applicant

-3-

Nov 3, 2023

<u>Request for proper status:</u>

- 694.00 Social security benefits
- 2001 Saturn. Can't be driven. Out of operation for 1 1/2 years. Used to store none-parishable that is given to poor people from food bank
- Own house. People who want to buy your house can get estimated value from tax dept. 127,000 They then send you a check to try to induce you to sell it. I have check with me, none cashed, which gives the value of house. Overvalued for it doesn't include inside inspection
- Money in citizens bank — 112.00

- Carrying around money less than 80.00. Total amount of money to my name approximately 200.00.
- Have a sewer bill of 138.00.

I apply for proper status. (indigent status)

You can pay 30.00 a month on sewer.

To pay 402.00 would take more money than I have which is total 200.00 approx.

IN Jesus + Mary,
James Germer