United States District Court
for the
Southern District of Ohio

**2:23 CV 3706**
**2:23 CV 3703**

James R. Germalic, )
    Plaintiff, )
)
)
v. )
)
)
Frank LaRose, Ohio Secretary )
of State, )
    Defendant. )
)

JUDGE MARBLEY

Injunction to stop fraudulent Amendment from going in Ohio Constitution

End of Early Voting

MAGISTRATE JUDGE JOLSON

James Germalic, Plaintiff
5615 Alber Ave.
Parma, Ohio 44129

(440) 452-8880


Basis for federal court jurisdiction: Federal question

    The suit is pursuant to 42 U.S.C. § 1983, which provides for suits in federal court for the deprivation of any rights, privileges, or immunities secured by the Constitution and laws of the United States.

    2 U.S.C. §§ 1,7,3 U.S.C. § 1. The manner of appointment is now by popular election but was formerly by the legislatures of some states.

    3 U.S.C. § 1.

    2 U.S.C. § 7.


Frank LaRose, Defendant
Ohio Secretary of State
22 N. 4th St.
Columbus, Ohio 43215

## Early voting is wrong, wrong, wrong!

This case, I believe, is both a state and federal question. It involves the constitutionality of early voting. Here I present clear arguments against early voting and I believe it has to be decided on the federal level by the Supreme Court, but the states are involved, too.

Franklin Roosevelt was out on a boat fishing. His staff and his wife were extremely worried. Re-election was on Nov. 6, 1936. Was it because FDR had polio? Was it because with the Great Depression, masses of people were unemployed, the banks closed, the nation teetering on the edge of Revolution, FDR came in, gave the unemployed work and money in their pockets, opened the banks, saved the farms, got the economy running again, and the man was just beat, tired, exhausted.

But for his second term FDR started his campaign on September 29, 1936. It gave me some relief, for I, myself, had so many things to do. For example, for five or six weeks, every Sunday we went to three Catholic churches and either put leaflets on car windshields or handed them to people going into or coming out of church: we handed out maybe 500 leaflets at the Catholic Church we go to. Maybe 1000 at those three other Catholic churches each Sunday. We went to three pro-life meetings. We handed out messages there too. The first was a Conservative Club run by a Protestant who had run for State Rep in Lakewood, a homosexual stronghold. The second meeting was Catholic. The third was run by blacks. We mailed to all six bishops in Ohio, a substantial message. Then to the head of a Catholic university, a professor there and the leader of the pro-life group. We mailed or delivered an extensive message to about 15 priests in our diocese. Went out of town to try to recruit. Went to a rally of pro-life people in Columbus and gave out 50 messages to people there. All of these were necessary things to do. Also, I had to register to vote. We had to pick up a tape for our typewriter, buy notebooks. More things than this. Then we had to start this brief to you judges! So even the September 29 deadline that FDR set for himself, I couldn't start my presidential campaign by Sept. 29. But think, Roosevelt was running for President in 50 states. Here I am limiting myself to Ohio, for I want to defeat the amendment--Issue 1.

So the amount of territory and people I need to contact is 1/50 of FDR's task. FDR had polio. My legs are fine. I can walk anywhere. So, today, October 10, 2023, I registered to vote. I have been working on this brief all night. Tomorrow, October 11, EARLY VOTING STARTS. I have only until Nov. 7, 2023 to get out my message.

(1)

Now maybe you could go over all I did from Sept. 29 to October 11, 2023 and say, oh, you shouldn't have done this or that. But even if I had not done this or that I would have only had two weeks more until early voting started.

Figuring FDR started on September 29, 1934, and ended his campaign on Nov. 6, 1934, let me ask you judges this. Would it have been fair and just to FDR to have started his campaign on Sept. 29, 1934 just to end it Oct. 11, 1936 if early voting would have started then?

FDR was a great speaker. He also had Fireside Chats over the radio. Very important when depression, gloom, discouragement hung over the people. But all his excellent speeches, fireside chats, personal contact with people wouldn't have done much good if people started voting after two weeks of FDR's campaign. No one could overcome the handicap. No one could take heart when each day your audience shrinks. And people you could have converted to your side have already voted.

Something deep within me says FDR deserved all the time up to election day, Nov. 6, 1934, and I, James Germalic, deserve all the time up to Nov. 7, 2023 to convince people of what I have to say.

Why wait until Nov. 7 when you can vote on Oct. 11? The election has literally been shortened by one month! The election has been decided before you even get started.

I am running on an implicit contract that I am to be taken seriously. That at least people will listen to me. I can't force people to vote for me but I expect them at least to give me a chance by listening to me so I can use my convincing power to get votes.

Voting before Nov. 7, 2023 means all who vote early do not give me the time I am due. I have been robbed of time I can justly expect. Time that is my due. Time that I desperately need to convince students, for instance, or others to vote for me.

To prove my point that early voting is absolutely wrong, with no doubt about it, let's say the presidential election was this Nov. 7 instead of in 2024. Is there anyone in the U.S. who would disagree with me when I say that everybody and I mean everybody should not be voting early but watching intently the day by day actions of the present President and the contending candidates to see how they would handle this most urgent and dangerous situation where Hamas from Gaza has killed, massacred about 260 at a music festival; has killed, massacred over 1000 or more, has kidnapped 220; has burned people alive; has killed children

(2)

and their mothers; has launched rockets into Israel where people are cowering in cellars. Schools are closed. The relatives of the captured are worried out of their minds as Hamas said every time Israel bombs without giving notice, a hostage will be killed. Hamas beheads its victims. They also show it on video.

Where Israel's leaders have cut off all electricity, food and water to two million Palestinians in Gaza. People can only live three or four days without water. The people of Gaza are under siege and there is no way to get out. All avenues are closed. Israel has called up 300,000 troops. They're consistently bombing a city where one-half of the people are children. Door to door, house to house warfare will be deadly to both sides. If they try to liberate hostages, the army will have to go into buildings, into basements. Places where bombs and booby traps are laid.

Hamas's goal is to totally extinguish all the Jews in Israel. They believe in being martyred.

Biden is aiding Israel with planes filled with arms, aircraft carriers are off the coast with fighter jets on them. When the real slaughter starts happening, there is Hezbollah in Lebanon with an army that has 100,000 rockets.

Syria has shot rockets at Israel. The fear of both the Israelis and the U.S. government is that Hezbollah in Lebanon, backed by Iran, terrorists in Syria which is a destroyed state, maybe even Iran and who knows what other Arab states will join in this war.

With all due respect, with all kindness, with all humility, can you judges tell me that the Presidency does not depend on how Biden and his contenders handle this situation.

Has it gotten to the point that even when something like this could be starting a world war: The Bible says when Israel is surrounded by armies . . .

> When you see Jerusalem surrounded by armies, know that its desolation is at hand. Then those in Judea must flee to the mountains. Let those within the city escape from it, and let those in the countryside not enter the city, for these days are the time of punishment when all the scriptures are fulfilled. Woe to pregnant women and nursing mothers in those days, for a terrible calamity will come upon the earth and a wrathful judgment upon this people. They will fall by the edge of the sword and be taken as captives to all the Gentiles; and Jerusalem will be trampled underfoot by the Gentiles until the times of the Gentiles is fulfilled.                          (Luke 23:20-24)

With this staring you in the face, can you still not see that nothing could be more obvious than that early voting is wrong.

(3)

Every person should be watching the present President and his contenders to see how he handles and how they would handle this situation. This is real life. A misstep could lead into a world war.

As this plays out there is nothing that could be more clear to show how mistaken it is to cement early voting in place when everything hinges on these events and how they are handled.

The President of the U.S. has to deal with so many issues here. His contenders can take so many stands on the different issues that will arise that absolutely no one should vote early.

The President has to:

(1) Decide how he will deal with hostages, some of whom are Americans;
(2) How he will deal with the U.S. giving military aid to Israel when the ammunition will kill Arabs (Palestinians).
(3) Does the President want to support a siege that is against the ethics of war. You can't remove water, food, and utilities from two million people, civilians, where one-half are children.
(4) If there is an invasion of Hezbollah, is Biden going to bomb and kill multitudes of Arabs, many innocent civilians and incur the wrath of Iran. Iran is linked to Russia. So is Syria. Even China is linked to Iran. Iran was just invited to join the alliance in South Africa called BRICS. (Brazil, Russia, India, China, South Africa). Other countries invited to join are Argentina, Egypt, Ethiopia, Iran, Saudi Arabia, and the UAE. Full membership will take place on January 1, 2024. The point being, these alliances are being carved out of countries not allied with the U.S. and NATO. These sides are being drawn . . . for the great battle? Otherwise what?
(5) Is Biden going to commit American troops to battle?
(6) Israel has many enemies as shown by past condemnations by the U.N. Biden has committed himself to absolutely standing behind Israel. Just as Hamas committed atrocities so is Israel committing atrocities in in angry response: Israel who has a history of using excessive force against Palestinians. Understandable, since the leaders are enraged. But when they violate international law, will Biden back up Israel?
(7) Will terror attacks come on the U.S. at home due to Biden staying close to Israel?

A campaign is the short time a candidate gets to bring out the faults of the President and the other candidates and vice versa.

(4)

It's not solely my campaign, my sole reason to run, to defeat the amendment to the Ohio Constitution that proposes to enshrine abortion and gender change, but it's part of my campaign. The Court must understand this has never happened before. For there was a Supreme Court decision, Roe v. Wade, that legalized abortion in the whole land. There was no reason to go state by state and put an amendment in the Constitution to permit abortion up to nine months and transgender change both without parental consent. Worse than Roe v. Wade. But now we are faced with a statewide catastrophe which we have to respond to. In addition to that, the Ukraine/Russian war is constantly being escalated and is in danger of moving toward a nuclear war. Then suddenly there is the war in Gaza. Also my efforts to get people to go door to door, both locally and far away--going to Notre Dame both to see if students would come here to help us and to see if I could consult with Amy Coney Barrett.

Why run for President in Ohio when every day more and more people have cut off the dialogue with me. They don't want to listen to what I have to say.

That's not democracy. People have to hear what I have to say before they vote. Every day less and less people are contemplating what I am saying.

There is no motivation to run in Ohio. For early voting is making people harvest the crop without me having any input in the planting. People are just voting on the basis of partisan politics, not even listening to what each candidate is saying. Early voting is cynical for it accepts the fact that nobody cares. The whole electoral system is about judging a person on the basis of merit. Part of my running for President is to have a platform to turn people away from voting for Issue 1. If 75% of the people avoid listening to what I have to say, it certainly is distressing to someone trying to run. It discourages me from running. It makes me want to run in a state where they don't have early voting. All early voting is designed to cater to the electorate, but what about the candidate? How can you run when people have already voted? What difference does it make what you have to say? You cannot sway anyone with your arguments for they have already voted. They are voting before you have a chance to present your case. This is a deficit of early voting. Voting early is fine, but you have to have someone to vote for. The flip side of early voting is that the candidate has no time to make his case.

(5)

    I said early voting is wrong. Sorting out the complications has been the job of the Supreme Court. From the beginning the Court has been faced with lawsuits requiring it to draw the boundaries of power between state and nation.

    I want the Supreme Court to recognize that elections are the same as jury trials in the respect that you must give the full time to a defendant to hear his case before making a decision on his innocence or guilt the same as you must give the candidate running for political office the full time to make his case to the electorate of why they should vote for him. Society's need to put a criminal away does not override the defendant's right to a fair jury trial.

    It's the same for political office. I have run three times for Congress, Senate, and President. When the 12 men judge a criminal, no one can say I'll lose my job, let me vote early. Or a woman say I must take care of my family, let me vote early. Nor could a senator at the impeachment trial of Donald Trump, although running for President, say I must get out on the campaign trail, let me vote early. I know what my vote will be. Chief Justice Roberts would say no, you must hear all the evidence, you must hear the defense attorney, you must deliberate at the end.

    Thus like the defendant in a jury trial is the candidate being judged by all the voters in the nation. No member of a jury can vote early. Neither should the voters vote early. I as a candidate for federal office must have every minute up to Nov. 7 to state my case. No voter can vote unless he hears me out. My right to be heard supercedes the right of all 160 million voters to vote early.

    Also, on Nov. 7, 2023 is Issue 1. By the time I was ready to run for President, early voting came in. Even if I got people to go door to door, a good part of the voters have already voted.

    I want the Supreme Court to declare early voting a destruction of the U.S. political system. They could have late voting, Nov. 8, Nov. 9, Nov. 10. That doesn't take away time from the candidate. No October Surprise can come in. If a candidate was exposed as a crook, as an adulterer, as a member of the Nazi Party, nothing would matter, for the person has already voted. How can it be that a campaign where people speak means nothing to the voter. What is he doing, just voting for a Democrat or a Republican? That nothing the candidate says matters? It's not democracy!

FDR started his campaign on September 29, 1936. I was going to start my run for President around that date. Early voting started on October 11, 2023. It started one day after I finally got some spare time to start campaigning for President.

I put alot of work into this Complaint, very extensive and time-consuming. Two wars going on which I have tried to respond to. Also I went to Notre Dame both to get students to go door to door and I thought I could get Amy Coney Barrett to answer four questions through contacting the People of Praise. They acting as intermediaries. Maybe she could answer one question out of four. My main question was how can I expedite it to the U.S. Supreme Court?

Relief Sought

It's not acceptable to use the very entity I am trying to get rid of--early voting--as an excuse for why you can't get rid of it. Usually in a fast-moving campaign the judge will say it's moot. The election is over. Nothing we can do about it. The answer to that is it evades review, but is capable of repetition. This argument, that there is too much disruption, the ballots have already been printed, people are already voting, does not hold water. Because early voting destroys the electoral process. It's not peripheral, it's central. It hits the very core of the democratic process. As I have said, at some place, some time it has to be faced.

Now the conditions are ripe to finally face it.

I know that early voting is wrong. It's not a theory with me being like some teacher, professor, or lawyer, getting his knowledge from books. I have run for Congress, Senate, and President, each office three times. I know the absolute ridiculousness of making a case when a significant number of people have voted.

I use the perfect example of the impeachment of Trump. A case in court in no way differs from an election. The only difference is 12 men sit on a jury and decide on the guilt or innocence of the accused. In an election everyone who votes sits on a jury judging the worthiness or unworthiness of the candidates. The perfect example was when three senators were running for President when the trial of Donald Trump came before the full Senate sitting as the jury. Bernie Sanders (D-VT); Elizabeth Warren (D-MA); and Amy Klobuchar (D-MN). When crucial primaries were taking place and Joseph Biden had lost big in Iowa and New Hampshire, they still had a chance to win the Democratic nomination for President.

Therefore, Sanders, Warren, and Klobuchar could have said to Chief Justice John Roberts, "My mission or task of running for President is the most important task or mission in the U.S. I must vote early on whether to impeach Trump. I know what my vote will be. The whole fate of the nation depends on my candidacy. I am trying to save the nation! I must get out there and campaign! Let me vote early!"

And Chief Justice John Roberts would have said No! There is no excuse to vote early. You must hear all the evidence. You must hear the final appeal from the defense lawyers for Trump. You must hear the prosecution's final speech. You must deliberate with others. You cannot vote early!"

It is the same with someone running for President. The candidate must have all the time allotted him. You cannot short-circuit the process.

(8)

Plus something could happen in the last few weeks of the campaign which could change the electorate's mind.

You, the judge, sitting before a case, would not let a juror vote early no matter what the excuse. A mother who must care for her children. A father who would lose his job. Or a student at the university who will fail his courses if he doesn't go to the courses.

No excuse will do, for you, as judge, have to allow the defendent due process. The whole drawn out step by step process of a court of law must be seen through to the end, or your verdict or the verdict of the jury will be considered invalid. It will be thrown out.

In the political realm there can be what has come to be known as
The October Surprise.
Which makes 100% sense. The candidate who is trying to defeat his opponent absolutely needs all the time at his disposal to find out evidence or reasons why people should not vote for his opponent. Evidence which may not be readily available. Plus by speech or action his opponent is on trial up until the date of the election. Any word, any misstep can sink his ship.

George McGovern (1972) had as his running mate Thomas Eagleton. It turns out Mr. Eagleton had had electric shock treatment in the past. To the public, someone who had the fate of the nation in his hands, including the button to the atomic bomb, could not be suspected of being mentally unstable. McGovern had to relieve Eagleton and it had an effect on his campaign. McGovern lost the Democratic nomination for President.

Now I suppose this did not happen during the campaign. But it could have. Anyway, it was constantly being brought out. The reporters would not let it go. Every time the reporters brought it up it reduced Gary Hart's electability. Gary Hart (D-CO) had made the fatal mistake of telling a reporter to trail him. The reporter did just that. Gary Hart, a married man, was seen letting a beautiful young lady into his apartment late at night. There was another incident with her on a boat and Gary Hart could not live it down. He had to drop out of the Presidential race.

JFK was obsessed with the danger that Nelson Rockefeller posed to his re-election. JFK reasoned Barry Goldwater was too far to the right and he could easily beat him. But Nelson Rockefeller was a moderate Republican, had a great deal of money and Kennedy even gave a staffer who had once worked for Rockefeller the assignment of finding out as much as possible about him.

(9)

But it came out that Rockefeller married a divorcee who had four children by her previous marriage. This significantly lowered his popularity and Kennedy did not have to worry about him.

Again, what a candidate, whether the President or an opponent of the President always has going for him is that until the first Tuesday in November his opponent can say something wrong.

Jimmy Carter seemed to indicate his daughter Amy, who at that time was quite young, advised him and he took her advice. It made him look like a weakling.

Mitt Romney made a statement that he had been brainwashed and this worked against him.

There are other examples of candidates making statements, putting their foot in their mouth, saying or doing things they can't get out of. Sometimes these kinds of statements or actions can doom a campaign.

Or some dirt or scandal will be revealed. Or like what is happening now. Some big event will come up. The war in Israel just came out of nowhere. An event that is a game-changer.

There was an interview with a hostage rescuer. This man had been in what came to be known as "Black Hawk Down." This hostage rescuer was asked the question if the hostage rescue goes well, it can be a feather in the cap of the President, but if it goes badly, it can crush the President and lead to his defeat. This hostage rescuer admitted this was the case.

I know this is correct, for this hostage rescuer was part of the crew in Black Hawk Down in Somalia. There Americans were dragged through the streets by the terrorist group in Somalia. Clinton was the President when this happened. So humiliating was this for Clinton that when the genocide took place in Rwanda (one million Tutsis massacred by the Hutus), Clinton refused to call this genocide because if he did the U.S. would have to get involved and he didn't want another humiliation. The truth is the Hutu Tribe only had farm implements which they used for killing, and it would not have been that hard to bring that slaughter to an end. The Blessed Virgin appeared to some school children in Rwanda before the massacre and warned of "Rivers of Blood." Yet, Somalia left such a bad impression on Clinton that he evaded the Rwanda situation and let the massacre of one million Tutsis take place which he could have prevented.

So the hostage rescuer admitted that a failed operation could doom the Biden Presidency. Also it may depend on when and how these hostages are rescued.

Therefore, just common sense tells you if this Nov. 7, 2023 election was a Presidential election, other candidates may have different solutions than Biden. That no one should vote early but first find out what Biden does with hostage rescue, what Biden does if Hezbollah enters the war. What Biden does if synagogues are attacked. Does Biden hit additional Palestinian armies with planes off the aircraft carrier. Does he shoot down rockets, does he send in an American force. How does he react to many civilian casualties.

Who would argue for early voting in this situation.

Judge, don't you remember the fiasco of Biden in Afghanistan? Afghanis falling off cargo liners when in desparation they tried to leave. Biden calling the Afghanis cowards that refused to fight. I never saw a politician react so strongly against what Biden said. It was a mixture of outrage and deep hurt, deep emotion. Rage mixed with almost crying. It was Tom Tugendhat, Member of Parliament in Britain. M.P. Tugendhat said, "How dare he (Biden) say that. I served in Afghanistan. I fought shoulder to shoulder with these brave Afghan warriors. 75,000 lost their lives for their country and their loyalty to the U.S. Now they face death for cooperating with the U.S. military, for their loyalty to the U.S."

George Stephanopoulos interviewed Biden. Stephanopoulos asked Biden didn't the U.S. military warn him to leave 2,500 troops as a residual force in Afghanistan. Biden completely denied he was warned by the military. George Stephanopoulos came back with the same question. This time Biden was less sure, saying, "Well, I don't recall being warned."

Then General Milley, head of the Joint Chiefs of Staff testified under oath before a Congressional hearing. He said that Biden had been warned over a dozen times by the military to leave a residual force of 2,500 in Afghanistan. Making a liar out of Biden.

> You belong to your father the devil and you willingly carry out your father's desires. He was a murderer from the beginning and does not stand in the truth, because there is no truth in him. When he tells a lie, he speaks in character, because he is a liar and the father of lies. But because I speak the truth, you do not believe me. Can any of you charge me with sin? If I am telling the truth, why do you not believe me? Whoever belongs to God hears the words of God; for this reason you do not listen, because you do not belong to God. (John 8:44-47)

Biden's popularity has been around 28%, sometimes 30 plus percent. Years ago, Dan Rather on T.V. portrayed George W. Bush as seeking refuge in the National Guard to avoid service in Vietnam. For this, Rather, a host on CBS for many years, was fired. Mark Milley is gone. So is

George Stephanopoulos. Gone from being the head anchor on This Week With George Stephanopoulos. Is it just a coincidence? I doubt it!

But it shows how crucial it is when these "October Surprises" or big events arise. It's absolutely unthinkable that people would vote early so that these big events, scandals, wars, missteps in what comes out of their mouth should not effect their electability because people like ostriches with their heads in the ground are swayed by events.

Also, it's patently unfair to think a man in his 70s, Senator John McCain (R-AZ) who stuck to having his campaign financed by public spending since he co-authored the McCain/Feingold Campaign Reform Act when Obama withdrew from the pledge because he was getting so much money in contributions that the public financing restrictions would prevent him from accepting all the money that was coming his way. He got three times as much money by withdrawing from the pledge. Obama put out television ads that McCain couldn't respond to. Then with a truncated campaign (this was the first election in which there was early voting) reduced by one month, thus having about one-half the time he would have had to campaign, with one-third the money Obama had and probably about one-third to one-fourth the energy Obama had since Obama was a younger man, McCain could not travel all 50 states in a little over a month so McCain had to throw away states like Michigan--this you cannot do and win a contest for President.

McCain should have gotten his full time up until the November election. Due to his age, his lack of finances, he needed every minute of the time allotted to him if he had a chance to win. I say this not because I liked McCain. McCain's own mother said "Hold your nose and vote for McCain." McCain was for abortion in certain cases, he hung around with Hillary, and I'd say there was probably never a war he didn't like. The only thing McCain contributed to the U.S. was he was against torture. For he was a Prisoner of War in North Vietnam. So it's not because I liked McCain and disliked Obama. It's because early voting is so unfair, so unjust that anybody should recognize it's just . . .

wrong, wrong, wrong!

Aside from the arguments I give from my own experience in running for political office, there is the Constitution of the United States which establishes voting for federal office on one particular day:

Federal statutes establish "the Tuesday next after the first Monday in November" as federal election day for the election of United States Representatives and Senators and as the day on which electors of President and Vice President shall be appointed. Without question Congress has the authority to compel states to hold these elections on the dates it specifies.

The Constitution provides that: [t]he Times, Places and Manner of holding elections for Senators and Representatives, shall be prescribed in each state by the Legislature thereof; but the Congress may at any time by Law make or alter such Regulations, except as to the Places of chusing Senators.

Also, "Congress may determine the Time of chusing the Electors" for the electoral college.

Thus there is ample law in the Constitution which supports one day as the day for voting for Congress and President of the U.S.

However, after designating the day as the Tuesday next after the first Monday in November as federal elections day,"the states hold the responsibility of choosing the times, places and manner of holding elections."

Thus there is ample law to support my claim that early voting is not only wrong, it is illegitimate.

Since President Biden when he got into office wrote a Presidential order to make voting accessible and easy for people, there may be an excuse for early voting, but it does not specify early voting. It just says voting must be made easy and accessible for people. The states still have the right to make the laws on early voting and three states do not have it. Hence that is why this lawsuit names the Secretary of State of Ohio as the defendant. He is the one who, in the final act, makes the decision on whether to have early voting and if so when it begins. He can also decide not to have it.

I just want to say one further thing. This newly established practice of early voting comes directly against third party and independent candidates, for they do not have the exposure and long running season that the major party candidates have. Major party candidates are out there for a year before the minor party candidates even get started. The minor party can-

(13)

didates are out there getting signatures in each state, sometimes an immense number of signatures. The third party and independent candidates have to make their own way. They are not part of the primary races and do not get the same exposure that the major party candidates do. However, their candidacy is just as legitimate as the major party candidates, maybe more so, for the major party candidates already have the set-up to get their message out, but the third party and independent candidates have to make their own waves and become known on their own merits.

Therefore, it is incumbent in the name of fairness to give them as much of a campaign time as possible. Every moment is precious to them for they are the underdog. Also, not to be cynical, but it is well known that early voting benefits Democrats. Because it caters to those voters who have been disenfranchised and those voters are mostly from the poorer members of our society. These poorer members are usually Democrats, at least that is how it usually has been. The compensation for the poorer members of our society is admirable, but also calculated to benefit one party over the other. That is why people who are against early voting seem to be racist or are in danger of being seen as racist.

I want people to vote. I am all for everyone voting. My reason against early voting is that it is wrong. It destroy the electoral system and changes the whole electoral process so that the little person who is running for office gets shunted aside. If there is fairness to be addressed, let it be for the little candidates who need to be given as much time as possible to get out their message and who might, if given a chance, get us out of the gridlock we are now in.

In Jesus + Mary
James Germalic

Certificate of Service

A true and complete copy of the foregoing Complaint has been sent via U.S. mail, postage prepaid, to the following:

Frank LaRose
Ohio Secretary of State
22 N, 4th St,
Columbus, Ohio 43214

*James Germalic*
James Germalic
5615 Alber Ave.
Parma, Ohio 44129

(440) 452-8880