

# Northeast Ohio Regional Sewer District

**Northeast Ohio Regional Sewer District**
neorsd.org
Billing Questions: 216-664-3130

Your account is past due.

Page 1 of 1

## ACCOUNT INFORMATION

| | |
|---|---|
| ACCOUNT: | 5921512418 |
| CUSTOMER NAME: | JAMES GERMALIC |
| SERVICE ADDRESS: | 5615 ALBER AVE |
| | PARMA, OH 44129-3328 |
| BILLING DATE: | 10/25/2023 |
| DUE DATE: | 11/17/2023 |

| Previous Balance | Payments (Credits) | Bill Corrections | Balance Forward | Current Charges | Total Amount Due |
|---|---|---|---|---|---|
| $318.36 | -$150.00 | $0.00 | $168.36 | $22.42 | $190.78 |

## USAGE INFORMATION



Monthly Usage (in 1,000 cubic foot increments)

| Meter Number | Previous Read | | | Current Read | | | Usage |
|---|---|---|---|---|---|---|---|
| | Date | Read | Type | Date | Read | Type | MCF |
| B-12132224 | 9/23/23 | 41.9 | Act | 10/24/23 | 42.1 | Act | 0.2 |

## ACCOUNT ACTIVITY

Balance Forward      $168.36

**Current Charges**

| | |
|---|---|
| Fixed Charge - 09-24-2023 to 10-24-2023 | $6.30 |
| Homestead Sewage Charge - 0.200 MCF at $69.35 per MCF | $13.87 |
| Stormwater Homestead Charge $2.25 per month for 1 month(s) 09-27-2023 to 10-25-2023 | $2.25 |

**TOTAL AMOUNT DUE**      **$190.78**

## IMPORTANT MESSAGE

RATES: 2023 sewer rates are effective January 1, 2023. Details: neorsd.org/rates. See if you qualify for a reduced rate by visiting neorsd.org/save or call 216-881-8247.

NEORSD-SHL 11/15

PLEASE FOLD ON PERFORATION BEFORE TEARING - RETURN BOTTOM PORTION WITH YOUR PAYMENT

 **Northeast Ohio Regional Sewer District**

 Keeping our Great Lake great.

## How do I pay my bill?

**CHECK:** Make checks payable to NEORSD, P.O. Box 94550, Cleveland, Ohio 44101-4550. Please write your account number on the check and mail it in the enclosed return envelope along with the bottom portion of the bill.

**PHONE:** (216) 446-6834

**ONLINE:** neorsd.org/pay

**AUTO-PAY:** neorsd.org/autopay

**IN PERSON:** Please bring your entire bill when paying in person at the following locations:

- City of Cleveland Utilities Building (our billing agent), 1201 Lakeside Avenue, Cleveland
- NEORSD, McMonagle Building, 3900 Euclid Avenue, Cleveland (Payments made in person at NEORSD are accepted in the form of checks or money orders only)
- Authorized collection agencies including banks and savings and loan associations.

## If I have questions about my bill, who do I contact?

If your question or concern is regarding...
- Water consumption
- Billing adjustments
- Payments
- Account name or address changes

...contact our billing agent, **Cleveland Division of Water**
1201 Lakeside Avenue
Cleveland, OH 44114-1132
(216) 446-6834 or clevelandwater.com

If your question or concern is regarding...
- Sewer rates
- Stormwater fees and credits
- Summer Sprinkling program
- Stormwater Only account name or address changes

**Northeast Ohio Regional Sewer District**
3900 Euclid Avenue, Cleveland, OH 44115
(216) 881-8247 or neorsd.org/AskUs

Dear James Germalic,

My name is CJ Trivisonno

**I am ready to turn this into a**
**LIVE CHECK**
**for your property at**
**5615 Alber Ave**

I am a real estate investor in your area. THIS CHECK reflects a legitimate cash offer for your property at 5615 Alber Ave pending a visual inspection.

I can close in 30 days or less and will purchase your property "as-is" with no required repairs.



I may be able to get you even more money, but I ask that you call me today at
**(440) 280-1210**
as I have limited funds available for my investments.

*CJ Trivisonno*

CJ Trivisonno
(440) 280-1210

P.S. I buy as-is. Repairs and clean up are not required. For a stress free offer call me today!

Not a real check

---

DOCUMENT HAS A BLUE BACKGROUND & MICROPRINTING. BACK HAS AN ARTIFICIAL WATERMARK, HOLD AT ANGLE TO VIEW. VOID IF NOT PRESENT.

CJ Trivisonno

| Date | Amount | 050220140502 |
| 10/25/23 | $127,667 | |

One Hundred Twenty Seven Thousand Six Hundred Sixty Seven _____ **Dollars**

TO THE ORDER OF
James Germalic
5615 Alber Ave
Cleveland OH, 44129-3328

*CJ Trivisonno*
AUTHORIZED SIGNATURE

Disclaimer: This offer is contingent upon the condition of the home.

CJ Trivisonno
32875 Solon Rd Ste 100
Solon, OH 44139

13003212585

PRSRT STD
U.S. POSTAGE
**PAID**
ST. LOUIS, MO
PERMIT NO 1247



3

LIFT TO OPEN
▼

You can work and still get Social Security benefits. If you are at full retirement age or older, you may keep all of your benefits no matter how much you earn. Please visit *www.ssa.gov/benefits/retirement/planner/ageincrease.html* to determine your full retirement age using our Retirement Age Calculator.

If you are younger than full retirement age at any time in 2023, there is a limit to how much you can earn before we reduce your benefits. If you are working or planning to work, we usually ask you to estimate your earnings for the year. If you do not report your estimated earnings and get paid too much, you may have to repay benefits received.

- The 2023 earnings limit for people under full retirement age all year is $21,240. We deduct $1 from your benefits in 2023 for each $2 you earn over $21,240.
- The 2023 earnings limit for people reaching full retirement age is $56,520. We deduct $1 from your benefits in 2023 for each $3 you earn over $56,520 until the month you reach full retirement age.

**If You Receive A Pension From Employment Not Covered By Social Security**
Please let us know right away if you start receiving a retirement or disability pension for work in which you did not pay Social Security taxes. If you receive spouse's, widow's, or widower's benefits, you must also report any changes to the pension you already receive.

***my Social Security* Online Services**
Your personal *my Social Security* account gives you immediate access to important information and tools, putting you in control of your time. If you have an account, you can check your benefits, change your address or telephone number, start or change direct deposit, get a replacement Medicare card, and get a benefit verification letter. You can also choose to opt out of mailed notices for those available online.
Please visit *www.ssa.gov/myaccount* to sign in or create your account.

**Life Changes May Affect Your Benefits**
Certain life changes may affect your eligibility for benefits. It is important to tell us if you marry, divorce, or your spouse or ex-spouse dies. If you have a child or stepchild who gets benefits on your record and no longer lives with you, please let us know. Visit *www.ssa.gov/potentialentitlement* to find out more.

**SOCIAL SECURITY ADMINISTRATION**
PO Box 67610
Wilkes-Barre, PA 18767-7610
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FIRST-CLASS MAIL
PRESORTED
POSTAGE AND FEES PAID
SOCIAL SECURITY
ADMINISTRATION
PERMIT NO.G-11

Securing today and tomorrow

JAMES R GERMALIC
5615 ALBERT AVE
PARMA OH 44129-3328

00054-02290-2668

CJ1155166-11A3957778L-2

G30 U.S. GOVERNMENT PUBLISHING OFFICE 2023 423-169/10004

Form SSA-4926-SM (1-2023)

**IMPORTANT SOCIAL SECURITY INFORMATION**

⚠ **SCAM ALERT** ⚠

Scammers are pretending to be government employees. They may threaten you and may demand immediate payment to avoid arrest or other legal action. Do not be fooled!

If you receive a suspicious call:
1. HANG UP!
2. DO NOT GIVE THEM MONEY OR PERSONAL INFORMATION!
3. REPORT THE SCAM AT OIG.SSA.GOV

### Help Prevent Identity Theft
Be aware of scams through the mail, Internet, telephone, or in person. You should be careful when someone asks for personal information, especially your Social Security number. Please visit *www.usa.gov/identity-theft* to find out more.

### Medicare Information
- To learn about Medicare eligibility or to apply, visit *www.ssa.gov/medicare* or call Social Security at **1-800-772-1213** (TTY **1-800-325-0778**).
- If you do not sign up for Medicare Part B (Medical Insurance) when you are first eligible, or if you cancel Part B and then get it later, you may have to pay a late enrollment penalty for as long as you have Part B.
- You can choose how you get your Medicare coverage - Original Medicare and Medicare Advantage. Visit *www.medicare.gov* for more information.
- For questions about Medicare coverage and billing, visit *www.medicare.gov* or call **1-800-MEDICARE (1-800-633-4227)** (TTY **1-877-486-2048**).
- The Extra Help program may help pay the costs of a Medicare Prescription Drug Plan for people with limited income and resources. Costs include premiums, deductibles, and co-payments. You can apply online at *www.ssa.gov/medicare/prescriptionhelp* or call Social Security at **1-800-772-1213** (TTY **1-800-325-0778**).
- The Medicare Savings Programs may help pay for Medicare premiums and other out-of-pocket costs for people with limited income and resources. You can start the application process when you apply for Extra Help or you can contact your State or local medical assistance (Medicaid) office.

### Need Health Insurance Or Know Someone Who Does?
Visit *www.healthcare.gov* or call **1-800-318-2596** (TTY **1-855-889-4325**) to learn more.

### Other Help For Older Adults and People with Disabilities
The Administration for Community Living offers older adults and people with disabilities a way to connect to a variety of community services and resources.

**For Older Adults:** Eldercare Locator at **1-800-677-1116** or *www.eldercare.acl.gov*
**For People with Disabilities:** Disability Information and Access Line (DIAL) at **1-888-677-1199** or *www.acl.gov/DIAL*

*Social Security Administration*



BENEFICIARY'S NAME: JAMES R GERMALIC

Your Social Security benefit will increase by **8.7%** in 2023 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

| How Much You Will Get | |
|---|---:|
| Your monthly benefit before deductions | $858.90 |
| **Deductions:** | |
| Medicare Medical Insurance (If you did not have Medicare as of November 17, 2022 or if someone else pays your premium, we show $0.00) | -$164.90 |
| Medicare Prescription Drug Plan (We will notify you if the amount changes in 2023. If you did not elect withholding as of November 1, 2022, we show $0.00) | -$0.00 |
| U.S. Federal tax withholding | -$0.00 |
| Voluntary Federal tax withholding (If you did not elect voluntary tax withholding as of November 17, 2022, we show $0.00) | -$0.00 |
| After we take any other deductions, you will receive the payment you are due for **December 2022** on or about January 25, 2023. | **$694.00** |

The information above shows your monthly benefit amount before and after deductions. Please remember, we will pay you in the month following the month for which it is due.

If you still get a paper check, you must visit the Department of the Treasury's website at *www.godirect.gov* to request electronic payments.

If you disagree with any of these amounts, you must file an appeal with us in writing within 60 days from the date you get this letter. We will assume you got this letter 5 days after the date of the letter, unless you show us that you did not get it within the 5-day period. You must have good reason for waiting more than 60 days to file an appeal. You can go to *www.ssa.gov/non-medical/appeal* to complete and submit the "Request for Reconsideration" form, SSA-561-U2 online. You may also contact us by phone to request the form or go to our website at *www.ssa.gov/forms* to locate the form. If you need help with the form, please call us.

### Need more help?

1. Visit *www.ssa.gov* for fast, simple, and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-866-931-9176**.

      SOCIAL SECURITY
      SUITE 101
      7344 PEARL RD
      MIDDLEBURG HTS OH 44130

**How are we doing?** Go to *www.ssa.gov/feedback* to tell us.



"I believe freedom is ensured when the rule of law is observed. I am dedicated to providing fair, competent, and respectful judicial redress in which all parties can be assured of an equitable result."
- Judge Mark Majer



**LEARN MORE AND GET INVOLVED AT**
**JudgeMarkMajer.com**

"... one of the most impressive judicial candidates we've interviewed in a while -- detail-oriented, well-versed in the law, reform-minded, and clearly determined to play a role in achieving a more open, accessible, and fairer justice system. He was also self-reflective -- a skill in short supply on the local bench."

- Editorial Board, cleveland.com and The Plain Dealer, as Judge for Cuyahoga County Court of Common Pleas in 2022

*[Handwritten annotation near QR code]: No answer for Judge. We give him complaint + legal question We need J N I we n't*

