# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**James Germalic,**

    **Plaintiff,**

    v.

**Frank LaRose**

    **Defendant.**

Case No. 2:23-cv-03706
Chief Judge Algenon L. Marbley
Magistrate Judge Kimberly A. Jolson

## ORDER

This matter is before the Court on Plaintiff's Motion for Leave to Proceed *in forma pauperis*. (Doc. 1). Plaintiff is **ORDERED** to submit a revised Motion to Proceed Without Prepayment of Fees pursuant to 28 U.S.C. § 1915(a)(1) on or before November 27, 2023.

From its review of the current Motion, the Court is unable to determine why Plaintiff claims he is unable to pay the court's filing fee without depriving himself the "necessities of life." *Adkins v. E.I. DuPont de Nemours & Co., Inc.*, 335 U.S. 331, 339 (1948) (internal quotation marks omitted). In his Motion, Plaintiff says that he currently has approximately $200.00 between cash on hand and his bank account, and that he owns his home, worth $127,000. (Doc. 1 at 3). Plaintiff represents that he has no job and that every month he pays a $138.00 sewer bill and a $12.00 water bill. (*Id.* at 2–3). But Plaintiff also says that he earns $694.00 in social security benefits each month and does not have any dependents to support. (*Id.* at 2). Given Plaintiff's stated expenses, he would still have $544.00 each month left over.

As such, in his revised Motion, Plaintiff shall provide the Court with a more detailed accounting of his monthly expenses, if he has any beyond his sewer and water bills, so the Court can determine if he meets the standard to proceed *in forma pauperis*.

IT IS SO ORDERED.

Date: November 13, 2023                    /s/Kimberly A. Jolson
                                                       KIMBERLY A. JOLSON
                                                       UNITED STATES MAGISTRATE JUDGE