United States District Court
Southern District of Ohio

| | |
|---|---|
| James Germalic,<br>　　Plaintiff,<br><br>vs.<br><br>Frank LaRose, Ohio<br>Secretary of State<br>　　Defendant. | Case No. 2:23 CV 3706<br><br>Motion for Change of Venue<br><br>**FILED**<br>TIME_____<br>DEC 06 2023<br>RICHARD W. NAGEL, Clerk of Court<br>COLUMBUS, OHIO |

I have never been denied Pauper Status. It is so obvious I am a pauper. Therefore, what the problem is is what's in the Complaint. It offends the court.

Therefore, I want to start fresh. I have a right to admit I made a mistake.

The court may not wish to grant a change of venue for the above reasons, so I will add two reasons:

　　28 § 1404 (a)* says the court may grant a change of venue for convenience. That's obvious. With little money and a 25-year-old car it would be more convenient to have the trial in Cleveland where I reside.

I admit I made a mistake and the second reason to grant a change of venue is where it (the case) might have been brought in the first place, which is my home city, Cleveland.

　　　　　　　　　　　　　　　　　　　_James Germalic_
　　　　　　　　　　　　　　　　　　　James Germalic
　　　　　　　　　　　　　　　　　　　5615 Alber Avenue
　　　　　　　　　　　　　　　　　　　Parma, Ohio 44129

---

*Federal Judicial Procedure and Rules, 2022

(5)