

**U.S. POSTAGE PAID**
PME 2-Day
CLEVELAND, OH 44101
DEC 01, 2023
$28.75
R2305H128482-33

Retail
43215
RDC 07

# PRIORITY MAIL EXPRESS®

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

EI 542 979 295 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)

JAMES GERNALIC
5615 ALBER AVE.
PARMA, OH 44129

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)

CLERK OF COURT
US DISTRICT COURT
85 MARCONI BLVD
COLUMBUS, OH 43215

ZIP+4: 43215-____

**ORIGIN (POSTAL SERVICE USE ONLY)**
☒ 2-Day
PO ZIP Code: 44101
Scheduled Delivery Date: 12/4/23
Postage: $28.75
Date Accepted: 12/1/23
Time Accepted: 5:12 PM
Weight: lbs. ___ ozs. 29
Acceptance Employee Initials: AJ
Total Postage & Fees: $28.75

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996

UNITED STATES POSTAL SERVICE®