Re: Case 2: 23 CV 3706                                        Dec. 6, 2023

Could you pass this on to the magistrate as soon
as possible.

FILED
RICHARD W. NAGEL
CLERK OF COURT

2023 DEC -6 PM 1:02

U.S. DIST. COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

I said that I did not want to reveal things about
my poverty in writing because I believe it's all public
knowledge.* But I will be in town, Columbus, today
so if the Magistrate wishes to see me, then call me
and I'll come in.

Due to the fact my phone is out of order and
It costs $100.00 to get a new phone. It can't be
fixed. I can receive in-coming phone calls but I
cannot speak to the person, so the Magistrate can
leave a message, or talk to me verbally; but I
can't speak back. So I can get the message.
On Dec. 22, 2023. I can buy a new phone for $35.00.

There are thousands of magistrates more or less
but only one President. Abraham Lincoln was the best
President and the model of how to act. Any person
no matter how poor could wait in line and talk to
him face to face.

So at least give the Magistrate the opportunity to
make a decision today if she wants to talk face to face.

                                        In Jesus + Mary,
                                        James Germalic

X I give an example on attached page (2).

                                        Urgency: If you,
                                        Magistrate could call us
                                        leave message on the phone.
                                        Were here today. I live 120
                                        miles from here.
                    (1)                 (440) 452-8880

(2)

Here is an example. I could tell you about
the bum furnace verbally but not publically. Our furnace
was on the ___ bum ___

In good weather it doesnt matter. But when cold weather comes
then it does matter. We cant afford a new furnace. The
Inspection alone would be ___
___?/00.00.~
Then there are parts and labor. A repair man said they do not
Fix old furnaces; They have no parts. He said with a smile on his
face. My want you to buy a new furnace!
    Now we couldnt tell you about this, for we do not
Want The city to access that Information and force us to
get a new furnace. The Lord took care of It for a neighbor
Fixed It For us For Free. He is excellent with his hands.
    So since it is fixed the city cannot cite us for this.
But There are other things we can cite verbally which
we could tell you about. Thats one reason from the start,
we requested a, ___ ___ Face to Face meeting ___

with you.
    I thought I had put more in the form. On looking at what
the form said, I don't see it.