U.S. District Court
Southern District of Ohio
Eastern Division

FILED
RICHARD W. NAGEL
CLERK OF COURT

2023 DEC 18 PM 3: 10

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

James Germalic
    Plaintiff, Pro Se

v.

Frank LaRose,
    Defendant.

Case No. 2:23-cv-03706
Chief Judge Algenon L. Marbley
Matistrate Judge Kimberly A. Jolson

### Objections to Report and Recommendations

It is true that I did not submit another form to proceed without payment of fees, but I came in on that day and asked in a letter if I could see the Magistrate and explain to her what may have been lacking in my first form. Also, I wrote a note to the Magistrate saying that I had enumerated other expenses she did not seem to take note of in her account. In looking over the document, which I did not have a copy of I can see that she is correct, I did not include in the space provided in the form anything other than my two utility bills, but that is because, in looking carefully at the form, they only ask for utility expenses and do not mention other expenses, such as living expenses, locker fees, gas, food, car insurance, etc.

These expenses <u>I listed on a separate piece of paper,</u> but not on the form, thinking they would be taken into account when the form was reviewed. I was confused that she did not acknowledge these other expenses

Also, it seemed odd that the Magistrat saw that my income is only $694 per month. Even if my only stated expenses, which were the two utility bills I listed, it is (I think) obvious that people need to live and even if I had $544 left for the month, if I paid $405 for the court case I would have $139.00 left for the whole month to live on and that is not very much to live on and would certainly be considered pauper status! Everyone knows that people have to eat, at least! There is no place on the form for these types of expenses, like living expenses.

Since Magistrates do not see you and there was no response to my note to her, I am including the full account, as full as I can, of expenses for a month, and you can see if you read it carefully, I should qualify for pauper status!

I did say I could possibly pay $150 of the total $405, but it wouldn't be until after January of 2024 in fact it would only be able

to be paid by the fourth week in February when my next Social Security check is due and the Magistrate seems to want me to pay right away.

*James Germalic*
James Germalic
5615 Alber Ave.
Parma, Ohio 44129

Addendum: Here is submitted a revised form to proceed In Forma Pauperis. The day I was supposed to submit this I came into the clerk's office and tried to see the Magistrate and explain that I thought there were more expenses listed than she acknowledged, but it was not possible to see the Magistrate so I left her a note to that effect. Then she ruled that I was denied Pauper Status.